IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOUGLAS MARTIN                                                                                              PLAINTIFF

vs.                                                  Civil No. 1:10-cv-1046

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                            DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed November 1, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8).  Judge Bryant recommends that Plaintiff's unopposed Motion to Dismiss (Doc. 6) be **GRANTED**. Accordingly, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's claims are **DISMISSED**.

**IT IS SO ORDERED**, this 22nd day of November, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge